UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEBORAH M. MURRAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:13CV00831 AGF/NCC ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

# **MEMORANDUM AND ORDER**

Currently before the Court is the Report and Recommendation of United States Magistrate Judge Noelle C. Collins, to whom this matter was referred for recommended disposition pursuant to 28 U.S.C. § 636(b). On May 14, 2014, Magistrate Judge Collins filed her Report and Recommendation, recommending that the Court uphold the decision of the Administrative Law Judge to deny Plaintiff disability insurance benefits under Title II of the Social Security Act.(the Act), 42 U.S.C. § 401, *et seq.* Neither party has filed objections to the Report and Recommendation.

Upon careful consideration of the Magistrate Judge's Report and Recommendation and the record in this case, the Court concurs with the recommendation of the Magistrate Judge that the Administrative Law Judge's decision in this matter should be affirmed and Plaintiff's request for disability insurance benefits under Title II of the Act should be denied.

.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner denying Plaintiff's application for disability insurance benefits under Title II of the Social Security Act is **AFFIRMED**.

A separate Judgment shall accompany this Memorandum and Order.

                                                                                     _____
                                                                                     AUDREY G. FLEISSIG
                                                                                     UNITED STATES DISTRICT JUDGE

Dated this 2nd day of June, 2014.